UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

           Plaintiff,

-against-

JORGE C. LAGUNAS a/k/a JORGE CARLOS LAGUNAS, Individually, and as officer, director, shareholder and/or principal of SALON TOLUCA INC. and TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA TOLUCA, and SALON TOLUCA INC. and TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA,

           Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

FILED: JUNE 11, 2008
08CV3357
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

PH

---

COME NOW the Plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated: June 10, 2008
       Ellenville, New York

                           **J & J SPORTS PRODUCTIONS, INC.**

                           By: /s/Julie Cohen Lonstein
                               JULIE COHEN LONSTEIN, ESQ.
                               Attorney for Plaintiff
                               Bar Roll No. 90784647
                               LONSTEIN LAW OFFICE, P.C.
                               Office and P.O. Address
                               1 Terrace Hill : P.O. Box 351
                               Ellenville, NY 12428
                               Telephone: (845) 647-8500
                               Facsimile: (845) 647-6277
                               Email: Info@signallaw.com
                               *Our File No. 07-18IL-N06V*