UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **November 23, 2007**
**Vargas/Mayorga** Program,

Plaintiff,

-against-

JORGE C. LAGUNAS a/k/a JORGE
CARLOS LAGUNAS, Individually, and as
officer, director, shareholder and/or principal
of SALON TOLUCA INC. and TAQUERIA
TOLUCA II, INC. d/b/a TAQUERIA
TOLUCA #2 a/k/a TAQUERIA TOLUCA,
and SALON TOLUCA INC. and
TAQUERIA TOLUCA II, INC.   d/b/a
TAQUERIA  TOLUCA  #2  a/k/a
TAQUERIA,

Defendants.
-------------------------------------------------------------

**PLAINTIFF'S DISCLOSURE**
**OF INTERESTED PARTIES**

Civil Action No.

FILED: JUNE 11, 2008
08CV3357
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

PH

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL

RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party

certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are

publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS**

**PRODUCTIONS, INC.**

Dated:  June 10, 2008
         Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC**.

By: /s/Julie Cohen Lonstein
         JULIE COHEN LONSTEIN, ESQ.
         Attorney for Plaintiff
         Bar Roll No. 90784647
         LONSTEIN LAW OFFICE, P.C.
         Office and P.O. Address
          1 Terrace Hill : P.O. Box 351
          Ellenville, NY  12428
          Telephone:  (845) 647-8500
          Facsimile:   (845) 647-6277
          Email: Info@signallaw.com
          *Our File No.  07-18IL-N06V*