# Affidavit of Process Server

| | | |
|---|---|---|
| J+J Sports Productions, INC. | vs. Jorge C. Lagunas et AL | 08CV3357 |
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Walter Schwalm**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I serve Jorge C. Lagunas
NAME OF PERSON/E[NTITY]

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons, Complaint, Plaintiffs Disclosure Statement, Designation of Local Counsel

by serving (NAME) ☒ Jorge Lagunas

at ☐ Home _____
☒ Business Taqueria Toluca II 1419 Washington St. Waukegan IL
☒ on (DATE) (2) 6/20/08 at (TIME) 10:00 a.m

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (1) 6/19/08 8:05 PM

**Description:**
☒ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☒ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☒ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: M/HISPANIC, BALDING ON TOP, GOATEE ON CHIN, SPOKE WITH ACCENT

State of Illinois   County of Cook

SERVED BY Walter Schwalm
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this 22 day of June, 20 08

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NOTARY PUBLIC

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 23, 2007 Vargas/Mayorga Program,
Plaintiff,

V.

JORGE C. LAGUNAS a/k/a JORGE CARLOS LAGUNAS, Individually, and as officer, director, shareholder and/or principal of SALON TOLUCA INC. and TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA TOLUCA, and SALON TOLUCA INC. and TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA ,
Defendants.

CASE NUMBER: 08CV3357

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

JORGE C. LAGUNAS a/k/a JORGE CARLOS LAGUNAS, Individually, and as officer, director, shareholder and/or principal of SALON TOLUCA INC. and TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA TOLUCA
2948 Forest Lane
Waukegan, IL  60087-2833                Our File No. 07-18IL-N06V

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

___(By) DEPUTY CLERK___



June 11, 2008
Date