# Affidavit of Process Server

**J+J Sports Productions, INC.** vs **Jorge C. Lagunas et AL**   **08CV3357**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **Walter Schwalm** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Salon Toluca Inc. dbla Taqueria Toluca**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons, Complaint, Plaintiffs Disclosure Statement, Designation of Local Counsel**

by serving (NAME) ☒ **Evodio Lagunas**

at ☐ Home _____
☒ Business **Salon Toluca Inc 1419 Washington St Waukegan**
☐ on (DATE) **6/19/08** at (TIME) **8:05 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Evodio Lagunas - Manager of Salon Toluca and brother of Jorge Lagunas, owner**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☒ Male    ☒ White Skin    ☒ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☒ 21-35 Yrs.    ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.    ☒ 5'4"-5'8"   ☐ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs.  ☐ Over 6'     ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **brown eyes, thinning black hair on forehead, spoke with accent**

State of Illinois   County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this **23** day of **June**, 20**08**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the November 23, 2007
Vargas/Mayorga Program,
              Plaintiff,

V.

JORGE C. LAGUNAS a/k/a JORGE CARLOS LAGUNAS,
Individually, and as officer, director, shareholder and/or
principal of SALON TOLUCA INC. and TAQUERIA
TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a
TAQUERIA TOLUCA, and SALON TOLUCA INC. and
TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA
TOLUCA #2 a/k/a TAQUERIA,
              Defendants.

CASE NUMBER: 08CV3357

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

SALON TOLUCA INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA TOLUCA
1419 Washington Street     *Registered Agent of Salon Toluca Inc. and Taqueria Toluca II, Inc.:*
Waukegan, IL: 60085     Maria Chevalier Lewis
Our File No. 07-18IL-N06V     511 S. Green Bay Road
    Waukegan, IL 60085

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 11, 2008
Date