UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

                                   Plaintiff,

-against-

JORGE C. LAGUNAS a/k/a JORGE CARLOS LAGUNAS, Individually, and as officer, director, shareholder and/or principal of SALON TOLUCA INC. and TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA TOLUCA, and SALON TOLUCA INC. and TAQUERIA TOLUCA II, INC. d/b/a TAQUERIA TOLUCA #2 a/k/a TAQUERIA,

                                   Defendants.

-----------------------------------------------------------------

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**

Civil Action No. 08-CV-3357-GWL-JC

PLEASE TAKE NOTICE THAT Plaintiff **J & J SPORTS PRODUCTIONS, INC.** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed March 14, 2009 The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement.  However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant.  Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the

Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 18, 2008
      Ellenville, New York         **J & J SPORTS PRODUCTIONS, INC.**

                                          By: /s/ Julie Cohen Lonstein
                                          Julie Cohen Lonstein, Esq.
                                          LONSTEIN LAW OFFICE, P.C.
                                          Attorneys for plaintiff
                                          Office & P.O. Address
                                          1 Terrace Hill : P.O. Box 351
                                          Ellenville, New York 12428
                                          Tel: (845) 647-8500

**SO ORDERED** this ____day of _____, 2008

_____
**HON. GEORGE W. LINDBERG**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing Notice of Settlement and Administrative Dismissal was duly served on the following:

Richard Daniels, Esq.
Daniels Law Building
19 North County Street
Waukegan, IL 60085

Sheldon S. Gomberg, Esq.
134 North La Salle Street
Suite 1508
Chicago, IL 60602


on this 18th day of August, 2008 via United States Postal Service, postage prepaid.


                                          /s/ Julie Cohen Lonstein
                                          JULIE COHEN LONSTEIN