**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

J & J Sports Productions, Inc.
                                   Plaintiff,

v.                                                            Case No.: 1:08−cv−03357
                                                             Honorable George W. Lindberg

Jorge C Lagunas, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Based upon a settlement made between plaintiff and defendants this action is hereby dismissed. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.